J Christopher Jorgensen
Nevada Bar No. 5382
Anona Su
Nevada Bar No. 16140
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Avenue, Suite 400
Las Vegas, Nevada 89113
Tel: 702.949.8200
Chris.Jorgensen@wbd-us.com
Anona.Su@wbd-us.com

*Attorneys for Defendant NetCredit Loan Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROTESHA MATTHEWS,<br><br>Plaintiff,<br><br>v.<br><br>CLARITY SERVICES, INC. and NETCREDIT LOAN SERVICES, LLC,<br><br>Defendants. | Case No.: 2:26-cv-00070-NJK<br><br>**STIPULATION TO EXTEND NETCREDIT LOAN SERVICES, LLC, DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

**THIS STIPULATION** is entered into by and between Defendant NetCredit Loan Services, LLC ("NetCredit") and Plaintiff Rotesha Matthews ("Plaintiff," and together with NetCredit, the "Parties"), by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, to extend NetCredit's deadline to respond to Plaintiff's Complaint from February 10, 2026 until March 10, 2026 based on the following:

1. This is the first request for an extension of time for NetCredit to respond to Plaintiff's Complaint.

2. On January 13, 2026, Plaintiff filed a Complaint with this Court [ECF No. 1].

3. Plaintiff served NetCredit's registered agent with the Complaint on January 20, 2026.

- 1 -
STIPULATION TO EXTEND NETCREDIT LOAN SERVICES, LLC'S DEADLINE TO
RESPOND TO COMPLAINT

8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

4. Based on the date of service of the Summons and Complaint, NetCredit's current deadline to respond to the Complaint is February 10, 2026.

5. NetCredit requests this extension to investigate all relevant matters, ascertain the veracity of the averments in Plaintiff's Complaint, analyze and ascertain any and all affirmative and other defenses, and otherwise submit a proper response to the Complaint.

6. This stipulation is in good faith and not for dilatory or other improper purpose.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

The Parties stipulation and agree to extend the deadline for NetCredit to respond to the Complaint, up to and including March 10, 2026.

**IT IS SO STIPULATED**

DATED this 6th day of February, 2026.

| **WOMBLE BOND DICKINSON (US) LLP** | **FREEDOM LAW FIRM, LLC** |
|---|---|
| By: */s/ Anona Su* | By: */s/ Gerardo Avalos* |
| J Christopher Jorgensen, Esq. | Gerardo Avalos, Esq. |
| Nevada Bar No. 5382 | Nevada Bar No. 15171 |
| Anona Su, Esq. | George Haines, Esq. |
| Nevada Bar No. 16140 | Nevada Bar No. 9411 |
| 8488 Rozita Lee Avenue, Suite 400 | 8985 South Eastern Ave., Suite 100 |
| Las Vegas, NV 89113 | Las Vegas, NV 89123 |
| *Attorneys for Defendant NetCredit Loan Services, LLC* | *Attorneys for Plaintiff Rotesha Matthews* |



8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

STIPULATION TO EXTEND NETCREDIT LOAN SERVICES, LLC'S DEADLINE TO RESPOND TO COMPLAINT

## ORDER

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant NetCredit Bank Delaware shall have until March 10, 2026 to file a response to the Complaint.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: \_\_February 9, 2026_____

Respectfully submitted by:

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Anona Su*
      J Christopher Jorgensen, Esq.
       Nevada Bar No. 5382
      Anona Su, Esq.
       Nevada Bar No. 16140
      8488 Rozita Lee Avenue, Suite 400
      Las Vegas, NV 89113

*Attorneys for NetCredit Loan Services, LLC*

STIPULATION TO EXTEND NETCREDIT LOAN SERVICES, LLC'S DEADLINE TO
RESPOND TO COMPLAINT

8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON